UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
Washington

In re

LTD., ROME ENTERPRISES

Case No. 07-00417-SMT

Chapter 7

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| | |

Dated: April 14, 2011

_/s/ Marc E. Albert_
Marc E. Albert, Trustee
1150 18th Street, NW
Suite 800
Washington DC 20036
(202) 785-9100

**FILED**

APR 1 5 2011

Clerk
U.S. Bankruptcy Court for D.C.

Received
Mail Room

APR 15 2011

Angela D. Caesar, Clerk of Court
US Bankruptcy Court, District of Columbia

DB04/773380.0122/4306843.1 PF06

